IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | Civil Action No. 07-CV-11364 (SWK)<br><br>MOTION TO ADMIT<br><br>ANTHONY M. GLASSMAN<br><br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew Levine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Anthony Michael Glassman |
| Firm Name: | Glassman, Browning, Saltsman & Jacobs, Inc. |
| Address: | 360 North Bedford Drive, Suite 204 |
| City/State/Zip: | Beverly Hills, California 90210 |
| Phone Number: | (310) 278-5100 |
| Fax Number: | (310) 271-6041 |

Anthony M. Glassman is a member in good standing of the Bar of the United States District Court for the Central District of California.

There are no pending disciplinary proceedings against Anthony M. Glassman in any State or Federal court.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: January 15, 2008
      New York, New York

By: ___/s/ Matthew L. Levine___
Matthew L. Levine (ML 6294)
Citigroup Center
52nd Floor
153 East 53rd Street
New York, NY  10022-4611
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

2

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | Civil Action No. 07-CV-11364 (SWK)<br><br>**AFFIDAVIT OF MATTHEW L. LEVINE IN SUPPORT OF MOTION TO ADMIT ANTHONY M. GLASSMAN PRO HAC VICE** |

Matthew L. Levine, being duly sworn, hereby deposes and says as follows:

1. I am a Principal at Fish & Richardson P.C., counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Anthony M. Glassman as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 1991. I am also admitted to the bar of this Court and am in good standing with this Court.

3. I have known Anthony M. Glassman since December, 2007.

4. Anthony M. Glassman is a Partner at Glassman, Browning, Saltsman & Jacobs, Inc., in Beverley Hills, California.

5. I have found Anthony M. Glassman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Anthony M. Glassman, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Anthony M. Glassman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Anthony M. Glassman, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: January 15, 2008
New York, New York

By: _____
Matthew L. Levine (ML 6294)
Citigroup Center
52nd Floor
153 East 53rd Street
New York, NY  10022-4611
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

2

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Anthony Michael Glassman, Bar No. 37934

was duly admitted to practice in this Court on   January 5, 1966

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on December 20, 2007
   *DATE*

SHERRI R. CARTER, CLERK

By  Brenda L. Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | Civil Action No. 07-CV-11364 (SWK)<br><br>[PROPOSED] ORDER FOR ADMISSION<br><br>PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of Matthew Levine, attorney for Dr. Frederick K. C. Price, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Anthony M. Glassman |
| Firm Name: | Glassman, Browning, Saltsman & Jacobs, Inc. |
| Address: | 360 North Bedford Drive, Suite 204 |
| City/State/Zip: | Beverly Hills, California 90210 |
| Phone Number: | (310) 278-5100 |
| Fax Number: | (310) 271-6041 |

is admitted to practice pro hac vice as counsel for Plaintiff Dr. Frederick K. C. Price in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel

shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
       New York, New York

                                    _____
                                    United States District/Magistrate Judge