# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

Dr. FREDERICK K. C. PRICE, an individual,

  Plaintiff,

   v.

JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown,

  Defendants.

Civil Action No. 07-CV-11364 (SWK)

**MOTION TO ADMIT**

**RICHELLE L. KEMLER**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew Levine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Richelle L. Kemler |
| Firm Name: | Glassman, Browning, Saltsman & Jacobs, Inc. |
| Address: | 360 North Bedford Drive, Suite 204 |
| City/State/Zip: | Beverly Hills, California 90210 |
| Phone Number: | (310) 278-5100 |
| Fax Number: | (310) 271-6041 |

Richelle L. Kemler is a member in good standing of the Bar of the United States District Court for the Central District of California.

There are no pending disciplinary proceedings against Richelle L. Kemler in any State or Federal court.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: January 15, 2008
      New York, New York

By: _____
      Matthew L. Levine (ML 6294)
      Citigroup Center
      52nd Floor
      153 East 53rd Street
      New York, NY  10022-4611
      Telephone: (212) 765-5070
      Facsimile: (212) 258-2291

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

Dr. FREDERICK K. C. PRICE, an individual,

      Plaintiff,

      v.

JOHN STOSSEL, an individual, GLENN
RUPPEL, an individual, AMERICAN
BROADCASTING COMPANIES, INC., a
Delaware corporation, ABC INC., a Delaware
corporation, OLE ANTHONY, an individual,
and TRINITY FOUNDATION, INC., an
entity, form unknown,

      Defendants.

Civil Action No. 07-CV-11364 (SWK)

**AFFIDAVIT OF MATTHEW L. LEVINE
IN SUPPORT OF MOTION TO ADMIT
RICHELLE L. KEMLER
PRO HAC VICE**

Matthew L. Levine, being duly sworn, hereby deposes and says as follows:

1.     I am a Principal at Fish & Richardson P.C., counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Richelle L. Kemler as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 1991. I am also admitted to the bar of this Court and am in good standing with this Court.

3.     I have known Richelle L. Kemler since December, 2007.

4.     Richelle L. Kemler is an Associate at Glassman, Browning, Saltsman & Jacobs, Inc., in Beverley Hills, California.

5.     I have found Richelle L. Kemler to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Richelle L. Kemler, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Richelle L. Kemler, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Richelle L. Kemler, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: January 15, 2008
        New York, New York                    By: _____
                                              Matthew L. Levine (ML 6294)
                                              Citigroup Center
                                              52nd Floor
                                              153 East 53rd Street
                                              New York, NY  10022-4611
                                              Telephone: (212) 765-5070
                                              Facsimile: (212) 258-2291

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I,   SHERRI R. CARTER,   Clerk  of  this  Court,   certify  that

Richelle L. Kemler, Bar No. 232712

was duly admitted to practice in this Court on   December 21, 2004

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on December 20, 2007
        *DATE*



SHERRI R. CARTER, CLERK

By   Brenda J. Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)     CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

Dr. FREDERICK K. C. PRICE, an individual,

      Plaintiff,

    v.

JOHN STOSSEL, an individual, GLENN
RUPPEL, an individual, AMERICAN
BROADCASTING COMPANIES, INC., a
Delaware corporation, ABC INC., a Delaware
corporation, OLE ANTHONY, an individual,
and TRINITY FOUNDATION, INC., an
entity, form unknown,

      Defendants.

Civil Action No. 07-CV-11364

**[PROPOSED] ORDER FOR ADMISSION**

**PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Matthew Levine, attorney for Dr. Frederick K. C. Price, and said sponsor attorney's

affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richelle L. Kemler |
| Firm Name: | Glassman, Browning, Saltsman & Jacobs, Inc. |
| Address: | 360 North Bedford Drive, Suite 204 |
| City/State/Zip: | Beverly Hills, California 90210 |
| Phone Number: | (310) 278-5100 |
| Fax Number: | (310) 271-6041 |

is admitted to practice pro hac vice as counsel for Plaintiff Dr. Frederick K. C. Price in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel

shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac

vice fee to the Clerk of Court.


Dated: _____
      New York, New York



_____

United States District/Magistrate Judge