UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
DR. FREDERICK K.C. PRICE,           x
                                    x    07 Cv. 11364 (SWK)
        Plaintiff                   x
                                    x
            -against-               x        **ORDER**
                                    x
JOHN STOSSEL, et al.,               x
                                    x
        Defendants.                 x
----------------------------------X

**SHIRLEY WOHL KRAM, U.S.D.J.**

Upon the motion of Matthew L. Levine, attorney for Plaintiff Dr. Frederick K.C. Price ("Price"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> RICHELLE L. KEMLER
> Glassman, Browning, Saltsman & Jacobs, Inc.
> 360 North Bedford Drive, Suite 204
> Beverly Hills, CA 90210
> (310) 278-5100

is admitted to practice pro hac vice as counsel for Plaintiff Price in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.


COPIES MAILED

SO ORDERED.

SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:     New York, New York
           January 30, 2008