UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br>Defendants. | 07-CV-11364 (SWK)<br><br>DISCLOSURES PURSUANT TO RULE 7.1 |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant American Broadcasting Companies, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

The Walt Disney Company

DATED: February 8, 2008
New York, New York

By _____
Indira Satyendra
SDNY Bar No.: IS 7956
Counsel
ABC, Inc.
77 West 66th Street, 15th Floor
New York, New York 10023
Tel: 212.456.7832
Fax: 212.456.6180

*Attorney for Defendant American Broadcasting Companies, Inc.*