UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dr. FREDERICK K. C. PRICE, an individual,

        Plaintiff,

v.

JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,

        Defendants.

07-CV-11364 (SWK)

DISCLOSURES PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant ABC, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    The Walt Disney Company

DATED: February 8, 2008
New York, New York

By _____
Indira Satyendra
SDNY Bar No.: IS 7956
Counsel
ABC, Inc.
77 West 66th Street, 15th Floor
New York, New York 10023
Tel: 212.456.7832
Fax: 212.456.6180

*Attorney for Defendant ABC, Inc.*