UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br>         Defendants. | 07-CV-11364 (SWK)<br><br>MOTION TO ADMIT ANDREW M. WHITE *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Indira Satyendra, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Andrew M. White |
| Firm Name: | White O'Connor Curry LLP |
| Address: | 10100 Santa Monica Boulevard, Suite 2300 |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone No.: | 310.712.6100 |
| Fax No.: | 310.712.6199 |

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Andrew M. White is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceeding against Andrew M. White in any State or Federal Court.

DATED: February 7, 2008
New York, New York

By *(signature)*
Indira Satyendra
SDNY Bar No.: IS 7956
Counsel
ABC, Inc.
77 West 66th Street, 15th Floor
New York, New York 10023
Tel: 212.456.7832
Fax: 212.456.6180

*Attorney for Defendants John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc., and ABC, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br>Defendants. | 07-CV-11364 (SWK)<br><br>AFFIDAVIT OF INDIRA SATYENDRA IN SUPPORT OF MOTION TO ADMIT ANDREW M. WHITE *PRO HAC VICE* |

State of New York    )
                     ) ss:
County of New York   )

Indira Satyendra, being duly sworn, hereby deposes and says as follows:

1. I, Indira Satyendra, am counsel for Defendants John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc., and ABC, Inc. (collectively "ABC") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Andrew M. White as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 14, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Andrew M. White since 2008. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the California State Bar.

4. Mr. White is a partner at White O'Connor Curry LLP, in Los Angeles, California. ABC has worked with White O'Connor Curry LLP for many years.

5. I have found Mr. White to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Andrew M. White, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Andrew M. White, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Andrew M. White, *pro hac vice*, to represent Defendants in the above captioned matter, be granted.

DATED: February 7, 2008
New York, New York

Respectfully submitted,

By _____
Indira Satyendra
SDNY Bar Code: IS 7956

Sworn to before me this 7th day of February 2008.

_____

DAVID P. MEYER
Notary Public, State of New York
No. 01ME6081462
Qualified in New York County
Commission Expires October 7, 20_10_

2

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 17, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW MILLAR WHITE, #060181 was admitted to the practice of law in this state by the Supreme Court of California on June 18, 1974; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br>Defendants. | 07-CV-11364 (SWK)<br><br>ORDER FOR ADMISSION OF ANDREW M. WHITE *PRO HAC VICE* ON WRITTEN MOTION |

Upon the motion of Indira Satyendra, attorney for Defendants John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc., and ABC, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Andrew M. White |
| Firm Name: | White O'Connor Curry LLP |
| Address: | 10100 Santa Monica Boulevard, Suite 2300 |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone No.: | 310.712.6100 |
| Fax No.: | 310.712.6199 |

is admitted to practice *pro hac vice* as counsel for Defendants John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc., and ABC, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED:                    , 2008
New York, New York

                                        By _____
                                            Judge Shirley W. Kram

## Certificate of Service

I hereby certify that true and correct copies of the forgoing Motion to Admit Andrew W. White *Pro Hac Vice,* along with Indira Satyendra's affidavit in support and the attached exhibits, were caused to be served, via First Class Mail, upon the following parties on this 8th day of February 2008:

Matthew Lore Levine
Fish & Richardson P.C.
153 East 53rd Street
New York, New York 10022

Alexander Rufus-Isaacs
Anthony Michael Glassman
Richelle L. Kemler
Glassman, Browning, Saltsman & Jacobs, Inc.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210

*Attorneys for Plaintiff*

William E. Pallares
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street
Suite 1200
Los Angeles, Califonia 90012-2601

*Attorneys for Defendants Ole Anthony and Trinity Foundation, Inc.*

David P. Meyer