Case 1:07-cv-11364-SWK  

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br>Defendants. | 07-CV-11364 (SWK)<br><br>ORDER FOR ADMISSION OF ALLISON S. ROHRER *PRO HAC VICE* ON WRITTEN MOTION<br><br> |

Upon the motion of Indira Satyendra, attorney for Defendants John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc., and ABC, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Applicant's Name:   Allison S. Rohrer
>
> Firm Name:        White O'Connor Curry LLP
>
> Address:          10100 Santa Monica Boulevard, Suite 2300
>
> City/State/Zip:   Los Angeles, California 90067
>
> Telephone No.:    310.712.6100
>
> Fax No.:          310.712.6199

is admitted to practice *pro hac vice* as counsel for Defendants John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc., and ABC, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

220303.1.doc

Case 1:07-cv-11364-SWK   

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: February 27, 2008
New York, New York

By _____
Judge Shirley W. Kram