UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dr. FREDERICK K. C. PRICE, an individual,

    Plaintiff,

v.

JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,
    Defendants.

07-CV-11364 (SWK)

CERTIFICATE OF SERVICE

## Certificate of Service

I hereby certify that a true and correct copy of Defendants' John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc., and ABC, Inc.'s submission pursuant to the Court's February 20, 2008 Order, was caused to be served, by hand, upon the following party on this 27th day of February 2008:

    Alexander Rufus-Isaacs
    Anthony Michael Glassman
    Richelle L. Kemler
    Glassman, Browning, Saltsman & Jacobs, Inc.
    360 North Bedford Drive, Suite 204
    Beverly Hills, California 90210

*Attorneys for Plaintiff*

_____
David P. Meyer