## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Dr. FREDERICK K. C. PRICE, an individual,

      Plaintiff,

    v.

JOHN STOSSEL, an individual, GLENN
RUPPEL, an individual, AMERICAN
BROADCASTING COMPANIES, INC., a
Delaware corporation, ABC INC., a Delaware
corporation, OLE ANTHONY, an individual,
TRINITY FOUNDATION, INC., an entity,
form unknown,
      Defendants.

**07-CV-11364 (SWK)**

**CERTIFICATE OF SERVICE**

### Certificate of Service

    I hereby certify that a true and correct copy of Defendants' John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc., and ABC, Inc.'s submission pursuant to the Court's February 20, 2008 Order, was caused to be served, by hand, upon the following party on this 27th day of February 2008:

        William E. Pallares
        Lewis Brisbois Bisgaard & Smith LLP
        221 North Figueroa Street
        Suite 1200
        Los Angeles, Califonia 90012-2601

        *Attorneys for Defendants Ole Anthony and Trinity*
        *Foundation, Inc.*

        David P. Meyer