**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | **07-CV-11364 (SWK)**<br><br><br>CONSENT MOTION TO ADMIT WILLIAM E. PALLARES *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Joanne J. Romero, a member of good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant Name: | William Edward Pallares |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 221 North Figueroa Street, 12th Floor |
| City/State Zip: | Los Angeles, CA   90012 |
| Telephone No.: | (213) 250-1800 |
| Fax No.: | (213) 250-7900 |

William E. Pallares is a member in good standing of the Bar of the State of California.  There are

4848-8640-1282.1

no pending disciplinary proceedings against William E. Pallares in any State or Federal Court.

I have contacted counsel of record for all parties who consent to this Motion.


DATED: February 26, 2008
New York, New York

By: _____
    Joanne J. Romero  (JR 0275)
    Lewis Brisbois Bisgaard & Smith LLP
    199 Water Street, Suite 2500
    New York, NY 10038
    Tel: (212) 232-1300
    Fax: (212) 232-1399
    *Attorneys for Defendants Ole Anthony and*
    *The Trinity Foundation, Inc.*

4848-8640-1282.1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DR. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | 07-CV-11364 (SWK)<br><br>AFFIDAVIT OF JOANNE J. ROMERO IN SUPPORT OF CONSENT MOTION TO ADMIT WILLIAM E. PALLARES *PRO HAC VICE* |

State of New York          )
                           )      ss.
County of New York         )

Joanne J. Romero, being duly sworn, hereby deposes and says as follows:

1.      I, Joanne J. Romero, am an associate of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, counsel for Defendants Ole Anthony and the Trinity Foundation, Inc. (collectively "Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set for herein and in support of Defendants' motion to admit William E. Pallares as counsel *pro hac vice* to represent Defendants in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice on May 23, 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York since September 21, 2004, and am in good standing with this Court.

3.      I have known William E. Pallares since 2008. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the California State Bar.

4848-8640-1282.1

4.      Mr. Pallares is an Associate at Lewis Brisbois Bisgaard & Smith LLP, in Los Angeles, California.

5.      I have found Mr. Pallares to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of William E. Pallares, *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of William E. Pallares, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit William E. Pallares, *pro hac vice*, to represent Defendants in the above captioned matter, be granted.

DATED: February 26, 2008
New York, New York

By: _____
                    (JR 0275)

Sworn to before me on this 26th day of February , 2008

_____

Nancy I. Rivera
Notary Public, State of New York
No. 01RI6058556
Qualified in New York County
Commission Expires 5/14/20 11

4848-8640-1282.1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DR. FREDERICK K. C. PRICE, an individual,

        Plaintiff,

      v.

JOHN STOSSEL, an individual, GLENN
RUPPEL, an individual, AMERICAN
BROADCASTING COMPANIES, INC., a
Delaware corporation, ABC INC., a Delaware
corporation, OLE ANTHONY, an individual,
TRINITY FOUNDATION, INC., an entity,
form unknown,

        Defendants.

**07-CV-11364 (SWK)**

ORDER FOR ADMISSION OF
WILLIAM E. PALLARES *PRO HAC
VICE* ON WRITTEN MOTION

Upon the motion of Joanne J. Romero, attorney for Defendants Ole Anthony and Trinity

Foundation, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | William Edward Pallares |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 221 North Figueroa Street, 12th Floor |
| City/State Zip: | Los Angeles, CA   90012 |
| Telephone No.: | (213) 250-1800 |
| Fax No.: | (213) 250-7900 |

is admitted to practice *pro hac vice* as counsel for Defendants Ole Anthony and Trinity

Foundation, Inc., in the above-captioned case in the United States District Court for the Southern

District of New York.  All attorneys appearing before this Court are subject to the Local Rules of

4848-8640-1282.1

this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password and

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____, 2008
New York, New York

By: _____
         Judge Shirley W. Kram

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

February 20, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM EDWARD PALLARES, #187740 was admitted to the practice of law in this state by the Supreme Court of California on March 27, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

File No. 24799-165 Dr. Frederick k.C. Price v. John Stossel, et al., United States District Court, Southern District of New York Case No. 07 CV 11364 (SWK)

## AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL (FEDERAL EXPRESS)

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NEW YORK)

Nancy Rivera, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and I reside in the State of New York, County of New York.

That on the 26th day of February, 2008, I served a true copy of the annexed **CONSENT MOTION TO ADMIT WILLIAM EDWARD PALLARES** *PRO HAC VICE* upon the following:

Matthew Lore Levine, Esq.
Fish & Richardson P.C.
153 East 53rd Street
New York, New York  10022
(212) 765-5070
*Attorneys for Plaintiff*

Alexander Rufus-Isaacs, Esq.
Richelle L. Kemker, Esq.
Glassman, Browning, Saltsman & Jacobs, Inc.
360 North Bedford Drive, Suite 204
Beverly Hills, CA 90210
(310) 278-5100
*Attorneys for Plaintiff*

Andrew M. White, Esq.
Alison Roher, Esq.
White O'Connor Curry LLP
10100 Santa Monica Blvd., Suite 2300
Los Angeles, CA  90067
(310) 712-6100
*Attorneys for Defendant – John Stossel*

Indira Suh Satyendra, Esq.
ABC Inc.
77 West 66th Street
New York, New York 10023
(212) 456-7832
*Attorneys for Defendant – ABC Inc.*

by depositing same enclosed in a federal express envelope and dropped off at a Federal Express location within the State of New York.

_____
Nancy Rivera

Sworn to before me this
26th day of February, 2008

_____
Notary Public

MAUREEN STAMPP
NOTARY PUBLIC, State of New York
No. 02ST5014512
Qualified in Queens County
Commission Expires July 15, 2011

4849-4702-3874.1

- 1 -