IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown<br><br>        Defendants. | Case No. 07-CV-11364 (SWK)<br><br>**CERTIFICATE OF SERVICE** |

<u>Certificate of Service</u>

    I hereby certify that a true and correct copy of Plaintiff's Frederick K.C. Price letter in response to the Court's Order of February 20, 2008, was caused to be served, my mail, upon the following parties on this 28th day of February, 2008:

| | |
|---|---|
| Andrew White<br>White, O'Connor & Curry<br>10100 Santa Monica Blvd.,<br>Suite 2300<br>Los Angeles, CA 90067 | William E. Pallares<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 N. Figueroa St.<br>Suite 1200<br>Los Angeles, CA 90012 |

                                                                                                                          */s/ Brenda Bilson*
                                                                                                                          Brenda Bilson

169694.1