

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. FREDERICK K. C. PRICE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown, <br><br> Defendants. | 07-CV-11364 (SWK) <br><br> ORDER FOR ADMISSION OF WILLIAM E. PALLARES *PRO HAC VICE* ON WRITTEN MOTION |

Upon the motion of Joanne J. Romero, attorney for Defendants Ole Anthony and Trinity Foundation, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | William Edward Pallares |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 221 North Figueroa Street, 12th Floor |
| City/State Zip: | Los Angeles, CA  90012 |
| Telephone No.: | (213) 250-1800 |
| Fax No.: | (213) 250-7900 |

is admitted to practice *pro hac vice* as counsel for Defendants Ole Anthony and Trinity Foundation, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of

4848-8640-1282.1

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password and nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: March 5, 2008
New York, New York

By: _____
Judge Shirley W. Kram

4848-8640-1282.1