Andrew M. White, *admitted pro hac vice*
David E. Fink, *admitted pro hac vice*
Allison S. Rohrer, *admitted pro hac vice*
Tami Kameda, *admitted pro hac vice*
Attorneys for defendants John Stossel, Glenn Ruppel,
American Broadcasting Companies, Inc., and ABC, Inc.
White O'Connor Curry LLP
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, California 90067
Tel: 310-712-6100
Fax: 310-712-6199

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC, INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | Civil Action No. 07-CV-11364 (SWK) (THK)<br><br>The Honorable Shirley Wohl Kram<br><br>**CERTIFICATE OF SERVICE** |

223252.1.doc

## Certificate of Service

I hereby certify that a true and correct copy of the **NOTICE OF MOTION OF DEFENDANTS JOHN STOSSEL, GLENN RUPPEL, AMERICAN BROADCASTING COMPANIES, INC. AND ABC, INC. TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**, along with the **MEMORANDUM OF LAW** in support, and the supporting **DECLARATION OF DAVID E. FINK** with exhibits, were caused to be served, via overnight delivery service, upon the following party on this 26th day of March 2008:

>Alexander Rufus-Isaacs
>Anthony Michael Glassman
>Richelle L. Kemler
>Glassman, Browning, Saltsman & Jacobs, Inc.
>360 North Bedford Drive, Suite 204
>Beverly Hills, California 90210

>*Attorneys for Plaintiff*

_____
Tami Kameda

223252.1.doc