Andrew M. White, *admitted pro hac vice*
David E. Fink, *admitted pro hac vice*
Allison S. Rohrer, *admitted pro hac vice*
Tami Kameda, *admitted pro hac vice*
Attorneys for defendants John Stossel, Glenn Ruppel,
American Broadcasting Companies, Inc., and ABC, Inc.
White O'Connor Curry LLP
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, California 90067
Tel: 310-712-6100
Fax: 310-712-6199

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC, INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown, <br><br> Defendants. | Civil Action No. 07-CV-11364 (SWK) (THK) <br><br> The Honorable Shirley Wohl Kram <br><br> **CERTIFICATE OF SERVICE** |

223266.1.doc

<u>**Certificate of Service**</u>

I hereby certify that a true and correct copy of **EXHIBITS 1 AND 7 OF THE DECLARATION OF DAVID E. FINK IN SUPPORT OF THE MOTION OF DEFENDANTS JOHN STOSSEL, GLENN RUPPEL, AMERICAN BROADCASTING COMPANIES, INC. AND ABC, INC. TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** was caused to be served, via overnight delivery service, upon the following party on this 26th day of March 2008:

>Matthew Lore Levine
>Fish & Richardson P.C.
>Citigroup Center, 52nd Floor
>153 East 53rd Street
>New York, New York 10022

>*Attorney for Plaintiff*

_____
Tami Kameda

223266.1.doc