LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
Karl R. Loureiro, *admitted pro hac vice*
William E. Pallares, *admitted pro hac vice*
221 North Figueroa Street, 12th Floor
Los Angeles, California 90012
Tel: (213) 580-6339
Fax: (212) 232-1399

Attorneys for Defendants,
*Ole Anthony and The Trinity Foundation, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | Civil Action No. 07-CV-11364 (SWK)(THK)<br><br>[The Honorable Shirley Wohl Kram]<br><br>NOTICE OF DEFENDANTS OLE ANTHONY AND THE TRINITY FOUNDATIONS, INC.'S JOINDER, ADOPTION AND INCORPORATION BY REFERENCE, PURSUANT TO FRCP RULE 10(c), TO DEFENDANTS', JOHN STOSSEL, GLEN RUPPEL, AMERICAN BROADCASTING COMPANIES, INC. AND ABC, INC., MOTION TO TRANSFER VENUE PURSUANT TO U.S.C. §1404(a)<br><br>**ORAL ARGUMENT REQUESTED** |

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule 10(c), Defendants Ole Anthony and the Trinity Foundation, Inc. (collectively referred to as "Trinity Foundation") hereby join, adopt and incorporate by reference Defendants', John Stossel, Glenn

4813-3691-3666.1

Ruppel, American Broadcasting Companies, Inc. and ABC, Inc., Motion to Transfer Venue, pursuant to 28 U.S.C. §1404(a), Plaintiff Dr. Frederick K.C. Price's Complaint from the New York District Court, Southern District of New York to the California District Court, Central District.

DATED: March 26, 2008  
at Los Angeles, California

Respectfully submitted,

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: /s/ William E. Pallares

William E. Pallares, *admitted pro hac vice*  
Lewis Brisbois Bisgaard & Smith LLP  
221 North Figueroa Street, 12th Floor  
Los Angeles, California 90012  
Tel: (213) 580-6339  
Fax: (212) 232-1399  
*Attorneys for Defendants Ole Anthony and The Trinity Foundation, Inc.*

4813-3691-3666.1