## Certificate of Service

I hereby certify that true and correct copies of the foregoing NOTICE OF DEFENDANTS OLE ANTHONY AND THE TRINITY FOUNDATIONS, INC.'S JOINDER, ADOPTION AND INCORPORATION BY REFERENCE, PURSUANT TO FRCP RULE 10(c), TO DEFENDANTS', JOHN STOSSEL, GLEN RUPPEL, AMERICAN BROADCASTING COMPANIES, INC. AND ABC, INC., MOTION TO TRANSFER VENUE PURSUANT TO U.S.C. §1404(a), were caused to be served, via First Class Mail, upon the following parties on this 26th day of March, 2008.

Matthew Lore Levine, Esq.
Fish & Richardson, PC
153 East 53rd Street
New York, New York 10022

Anthony Michael Glassman, Esq.
Alexander Rufus-Isaacs, Esq.
Richelle L. Kemler, Esq.
Glassman, Browning, Saltsman & Jacobs, Inc.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210

*Attorneys for Plaintiff*

Indira Satyendra, Esq.
Counsel
ABC, Inc.
77 West 66th Street, 15th Floor
New York, New York 10023

Andrew M. White, Esq.
David E. Fink, Esq.
Allison S. Rohrer, Esq.
WHITE O'CONNOR CURRY LLP
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, California 90067-4008

*Attorneys for Defendants*
*John Stossel; Glenn Ruppel; American Broadcasting Companies, Inc.; and ABC, Inc.*

_____
KIRK D. GILE

4841-3798-1442.1