ANTHONY MICHAEL GLASSMAN, admitted *pro hac vice*
ALEXANDER RUFUS-ISAACS, admitted *pro hac vice*
RICHELLE L. KEMLER, admitted *pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041


Attorneys for Plaintiff,
DR. FREDERICK K. C. PRICE


# IN THE UNITED STATES DISTRICT COURT FOR

# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual, | Case No.  07 CV 11364 (SWK) |
| Plaintiff, | The Honorable Shirley Wohl Kram |
| v. | **DECLARATION OF RICHELLE L. KEMLER IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE** |
| JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown, | |
| Defendants. | |

170138.1

## DECLARATION OF RICHELLE L. KEMLER

I, Richelle L. Kemler, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Glassman, Browning, Saltsman & Jacobs, Inc., attorneys of record for Plaintiff, Frederick K.C. Price ("Plaintiff"). If called as a witness, I could and would competently testify to the following facts.

2. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motion to Transfer Venue.

3. On January 17, 2008 I appeared before Superior Court Judge Mark V. Mooney. Allison Rohrer, Esq., the ABC Defendants' counsel and I had a chamber's conference with Judge Mooney. David Fink, Esq. was not present. Judge Mooney asked both counsel if we wished to dismiss the matter or stay the proceedings. I requested a stay, based on my understanding that the ABC Defendants would be making a motion to transfer the case back to the Central District of California, and Judge Mooney could not confirm the consequences of his dismissal of the action if the motion to transfer was granted. Ms. Rohrer asked Judge Mooney questions regarding the stay, but she did not object to it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 10, 2008, at Beverly Hills, California.

                                                          Richelle L. Kemler

170138.1