ANTHONY MICHAEL GLASSMAN, admitted *pro hac vice*
ALEXANDER RUFUS-ISAACS, admitted *pro hac vice*
RICHELLE L. KEMLER, admitted *pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041


Attorneys for Plaintiff,
DR. FREDERICK K. C. PRICE

# IN THE UNITED STATES DISTRICT COURT FOR

# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | Case No.   07 CV 11364 (SWK)<br><br>The Honorable Shirley Wohl Kram<br><br>**DECLARATION OF LORETTA COOPER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C.S. § 1404(a)** |

## DECLARATION OF LORETTA COOPER

I, Loretta Cooper declare as follows:

1. I am a member of the Crenshaw Christian Church.

2. Should the Court determine my testimony is relevant, I am willing to travel to New York for trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 10, 2008, at Los Angeles, California.

_Loretta Cooper_
Loretta Cooper