ANTHONY MICHAEL GLASSMAN, admitted *pro hac vice*
ALEXANDER RUFUS-ISAACS, admitted *pro hac vice*
RICHELLE L. KEMLER, admitted *pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041

Attorneys for Plaintiff,
DR. FREDERICK K. C. PRICE

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>  Defendants. | Case No.   07 CV 11364 (SWK)<br><br>The Honorable Shirley Wohl Kram<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I certify and declare as follows:

I am over the age of 18 and not a party to this action.  My business address is 360 North Bedford Drive, Suite 204, Beverly Hills, California 90210-5157, which is located in the County of  Los Angeles, State of California, where the service described below took place.

170141.2

On April 11, 2008, I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, true copies of the foregoing document described as PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO U.S.C.S. §1404(a); DECLARATIONS OF EDWARD FINEGAN, ANTHONY MICHAEL GLASSMAN, RICHELLE L. KEMLER, BETTY PRICE, ANGELA EVANS; A. MICHAEL EVANS, JR., CHERYL PRICE, FREDERICK PRICE, JR., ANGEL PRICE, STEPHANIE BUCHANAN, DANON BUCHANAN, BERNADINE BUCHANAN, LORETTA COOPER, RONALD S. WHITAKER, AND GAIL DULAY, together with an unsigned copy of this declaration, in sealed envelope(s) designated by the said express service carrier, with delivery fees paid or provided for, addressed as follows:

Andrew White
White, O'Connor & Curry
10100 Santa Monica Blvd., Suite 2300
Los Angeles, CA 90067

William E. Pallares
Lewis Brisbois Bisgaard & Smith
221 N. Figueroa St., Suite 1200
Los Angeles, CA 90012

Executed on April 11, 2008, at Beverly Hills, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
Brenda Bilson