Andrew M. White, *admitted pro hac vice*
David E. Fink, *admitted pro hac vice*
Allison S. Rohrer, *admitted pro hac vice*
Tami Kameda, *admitted pro hac vice*
Attorneys for defendants John Stossel, Glenn Ruppel,
American Broadcasting Companies, Inc., and ABC, Inc.
White O'Connor Fink & Brenner LLP
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, California 90067
Tel: 310-712-6100
Fax: 310-712-6199

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual, | Civil Action No. 07-CV-11364 (SWK) (THK) |
| Plaintiff, | The Honorable Shirley Wohl Kram |
| v. | **CERTIFICATE OF SERVICE** |
| JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC, INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown, | |
| Defendants. | |

## Certificate of Service

I hereby certify that a true and correct copy of the **REPLY BRIEF IN SUPPORT OF THE MOTION OF DEFENDANTS JOHN STOSSEL, GLENN RUPPEL, AMERICAN BROADCASTING COMPANIES, INC. AND ABC, INC. TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**, along with the supporting **DECLARATION OF ALLISON S. ROHRER** with an exhibit, were caused to be served, via First Class Mail, upon the following party on this 25th day of April 2008:

>William E. Pallares
>Karl R. Loureiro
>Lewis Brisbois Bisgaard & Smith LLP
>221 North Figueroa Street
>Suite 1200
>Los Angeles, California 90012-2601
>
>*Attorneys for Defendants Ole Anthony and Trinity Foundation, Inc.*

_____
David P. Meyer