UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Price                         Plaintiff,                    07 CIVIL 11364 (SWK)

-against-

Stossel et al.   Defendant.

-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   David E. Fink

☐   *Attorney*

    ☐   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    _____

    ☑   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From:   White O'Connor Curry LLP

    To:   White O'Connor Fink & Brenner LLP

    ☑   I will continue to be counsel of record on the above-entitled case at my new firm/agency. (Only firm name has changed)

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
    _____

☐   *Address:*   10100 Santa Monica Blvd., Suite 2300, Los Angeles, CA 90067

☐   *Telephone Number:*   310-712-6100

☐   *Fax Number:*   310-712-6199

☐   *E-Mail Address:*   dfink@whiteo.com

Dated:  4/25/08