UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Price              Plaintiff,

-against-                                    07 CIVIL 11364 (SWK)

Stossel et al.    Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Tami Kameda__

☐ **Attorney**

  ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

  ☑ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

  From: __White O'Connor Curry LLP__

  To: __White O'Connor Fink & Brenner LLP__

  ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency. (only firm name has changed)

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ Address: __10100 Santa Monica Blvd., Suite 2300, Los Angeles, CA 90067__

☐ Telephone Number: __310-712-6100__

☐ Fax Number: __310-712-6199__

☐ E-Mail Address: __tkameda@whiteo.com__

Dated: __4/24/08__        __Tami Kameda__