UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Price                    Plaintiff,

       -against-                                07 CIVIL 11364 (SWK)

Stossel et al.           Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Allison S. Rohrer__

☐ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☑ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: __White O'Connor Curry LLP__

    To: __White O'Connor Fink & Brenner LLP__

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency. (only firm name has changed)

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* __10100 Santa Monica Blvd., Suite 2300, Los Angeles, CA 90067__

☐ *Telephone Number:* __310-712-6100__

☐ *Fax Number:* __310-712-6199__

☐ *E-Mail Address:* __arohrer@whiteo.com__

Dated: __04/25/08__         __Allison S. Rohrer__