UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Price                        Plaintiff,                    07 CIVIL 11364 (SWK)

              -against-

Stossel et al.               Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Andrew M. White__

☐   *Attorney*

   ☐   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       _____

   ☑   I am a Pro Hac Vice attorney

   ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

   From: __White O'Connor Curry LLP__

   To: __White O'Connor Fink & Brenner LLP__

   ☑   I will continue to be counsel of record on the above-entitled case at my new firm/agency. (only firm name has changed)

   ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐   Address: __10100 Santa Monica Blvd., Suite 2300, Los Angeles, CA 90067__

☐   Telephone Number: __310-712-6100__

☐   Fax Number: __310-712-6199__

☐   E-Mail Address: __awhite@whiteo.com__

Dated: __24 APRIL 2008__