```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DR. FREDERICK K.C. PRICE,           x
                                    x     07 Cv. 11364 (SWK)
          Plaintiff                 x
                                    x
          -against-                 x     ORDER
                                    x
JOHN STOSSEL, et al.,               x
                                    x
          Defendants.               x
------------------------------------X
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

WHEREAS the defendants have filed, and the plaintiff has opposed, a motion to transfer venue to the Central District of California;

WHEREAS a party seeking transfer is generally required to support its argument with an affidavit containing detailed factual statements regarding the factors relevant to such a motion, see, e.g., Cohn v. Metro. Life Ins., Co., 07 Cv. 928 (HB), 2007 WL 1573874, at *4 (S.D.N.Y. May 31, 2007); Dahl v. HEM Pharms. Corp., 867 F. Supp. 194, 198 (S.D.N.Y. 1994) (holding that "[defendant's] contentions in its motion papers are insufficient" basis for court's resolution of motion to transfer); GPA Inc. v. Liggett Grp., Inc., 94 Cv. 5735 (AGS), 1994 WL 537017, at *2 (S.D.N.Y. Oct. 4, 1994) (finding contentions unsupported by affidavit insufficient, even when undisputed).

WHEREAS the affidavits submitted to date by the defendants fail to address several relevant factors;

WHEREAS the parties have requested oral argument on this motion;

IT IS HEREBY ORDERED that

(1) On or before May 16, 2008, the defendants shall serve and file a supplemental declaration containing factual statements pertinent to their motion to transfer;

(2) The plaintiff may serve and file a counter-affidavit containing additional or competing factual statements on or before May 22, 2008;

(3) Should the Court determine that oral argument on the instant motion is necessary, it shall take place on Wednesday, June 18, 2008, at 10:30 am.

SO ORDERED.

*/s/ Shirley Wohl Kram*
SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        May 12, 2008