Andrew M. White, *admitted pro hac vice*
David E. Fink, *admitted pro hac vice*
Allison S. Rohrer, *admitted pro hac vice*
Tami Kameda, *admitted pro hac vice*
Attorneys for defendants John Stossel, Glenn Ruppel,
American Broadcasting Companies, Inc., and ABC, Inc.
White O'Connor Fink & Brenner LLP
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, California 90067
Tel: 310-712-6100
Fax: 310-712-6199

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STOSSEL, an individual, GLENN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC, INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown,<br><br>Defendants. | Civil Action No. 07-CV-11364 (SWK) (THK)<br><br>The Honorable Shirley Wohl Kram<br><br>**CERTIFICATE OF SERVICE** |

## Certificate of Service

I hereby certify that a true and correct copy of the **SUPPLEMENTAL DECLARATION OF DAVID E. FINK IN SUPPORT OF THE MOTION OF DEFENDANTS JOHN STOSSEL, GLENN RUPPEL, AMERICAN BROADCASTING COMPANIES, INC. AND ABC, INC. TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** along with exhibits were caused to be served, via First Class Mail, upon the following party on this 16th day of May 2008:

William E. Pallares
Karl R. Loureiro
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street
Suite 1200
Los Angeles, California 90012-2601

*Attorneys for Defendants Ole Anthony and Trinity Foundation, Inc.*

David P. Meyer