ANTHONY MICHAEL GLASSMAN, admitted *pro hac vice*
ALEXANDER RUFUS-ISAACS, admitted *pro hac vice*
RICHELLE L. KEMLER, admitted *pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041


Attorneys for Plaintiff,
DR. FREDERICK K. C. PRICE


# IN THE UNITED STATES DISTRICT COURT FOR

# THE SOUTHERN DISTRICT OF NEW YORK

| Dr. FREDERICK K. C. PRICE, an individual, | Case No. 07 CV 11364 (SWK) |
|---|---|
| Plaintiff, | The Honorable Shirley Wohl Kram |
| v. | **DECLARATION OF FATIMAH LATEEF** |
| JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown, | |
| Defendants. | |

170543.1

## DECLARATION OF FATIMAH LATEEF

I, Fatimah Lateef, declare as follows:

1. I am member of the Crenshaw Christian Center East in New York.

2. At the conclusion of services, I was approached by a reporter waiting outside of Crenshaw Christian Center East, who pushed a microphone and camera into my face and began asking me questions about the church's finances.

3. One of the questions the reporter asked me was if I was comfortable with where the money I donated to the church was going. I responded that when I give to this church I know my money is being put to excellent use, without one question. My statement was then broadcast on 20/20, without my permission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 21, 2008, at New York, New York.

_____
Fatimah Lateef

170574.1