ANTHONY MICHAEL GLASSMAN, admitted *pro hac vice*
ALEXANDER RUFUS-ISAACS, admitted *pro hac vice*
RICHELLE L. KEMLER, admitted *pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041

Attorneys for Plaintiff,
DR. FREDERICK K. C. PRICE

## IN THE UNITED STATES DISTRICT COURT FOR

## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown, <br><br> Defendants. | Case No.  07 CV 11364 (SWK) <br><br> The Honorable Shirley Wohl Kram <br><br> **DECLARATION OF GLENN MCMILLAN** |

170543.1

## DECLARATION OF GLENN MCMILLAN

I, Glenn McMillan, declare as follows:

1. I am member of the Crenshaw Christian Center East in New York.

2. At the conclusion of services, I was approached by a reporter who identified himself as working for 20/20. The reporter asked me if I had any problems with how the church's finances were handled. I told him no that I knew that this ministry was one of integrity.

3. The reporter showed me an aerial picture of a house and told me that it was Dr. Price's home. He asked me if I had a problem with Dr. Price living there. I told him I thought Dr. Price's message was more important than some rap music stars or movie stars, so why shouldn't he live in a nice house.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 21, 2008, at New York, New York.

Glenn McMillan

170575.1