ANTHONY MICHAEL GLASSMAN, admitted *pro hac vice*
ALEXANDER RUFUS-ISAACS, admitted *pro hac vice*
RICHELLE L. KEMLER, admitted *pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041


Attorneys for Plaintiff,
DR. FREDERICK K. C. PRICE


IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YORK


| Dr. FREDERICK K. C. PRICE, an individual, | Case No.   07 CV 11364 (SWK) |
|---|---|
| Plaintiff, | The Honorable Shirley Wohl Kram |
| v. | **DECLARATION OF DARYL TILLMAN** |
| JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown, | |
| Defendants. | |

170543.1

## DECLARATION OF DARYL TILLMAN

I, Daryl Tillman, declare as follows:

1. I am member of the Crenshaw Christian Center East in New York.

2. In March 2007, I was approached outside of the Crenshaw Christian Center East at the conclusion of services by a reporter who identified himself as working for ABC. The reporter asked me if I was aware of where my money was being spent and if I was concerned with how my pastor was spending my money? I told him I was comfortable with how my money was spent. I also explained to him that Pastor Price was an open book and answered any questions we had regarding finances.

3. The reporter also showed me an aerial picture of a house and told me that it was Pastor Price's home. He asked me if I had a problem with my pastor leading such a lavish lifestyle? I told him that I would not have followed Pastor Price's teachings if I did not believe he was a man of integrity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 21, 2008, at Flushing, New York.

_____
Daryl Tillman

170576.1