ANTHONY MICHAEL GLASSMAN, admitted *pro hac vice*
ALEXANDER RUFUS-ISAACS, admitted *pro hac vice*
RICHELLE L. KEMLER, admitted *pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041


Attorneys for Plaintiff,
DR. FREDERICK K. C. PRICE


### IN THE UNITED STATES DISTRICT COURT FOR

### THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. FREDERICK K. C. PRICE, an individual, | Case No.   07 CV 11364 (SWK) |
| Plaintiff, | The Honorable Shirley Wohl Kram |
| v. | **DECLARATION OF L. CRAIG HAYS** |
| JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown, | |
| Defendants. | |

170545.1

## DECLARATION OF L. CRAIG HAYS

I, L. Craig Hays, declare as follows:

1. I am an Elder on the Board of Directors of the Crenshaw Christian Center.

2. Should the Court determine my testimony is relevant, I am willing to travel to New York for trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 21, 2008, at Los Angeles, California.



L. Craig Hays

170545.1