ANTHONY MICHAEL GLASSMAN, admitted *pro hac vice*
ALEXANDER RUFUS-ISAACS, admitted *pro hac vice*
RICHELLE L. KEMLER, admitted *pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041

Attorneys for Plaintiff,
DR. FREDERICK K. C. PRICE

## IN THE UNITED STATES DISTRICT COURT FOR

## THE SOUTHERN DISTRICT OF NEW YORK

| Dr. FREDERICK K. C. PRICE, an individual, | Case No. 07 CV 11364 (SWK) |
|---|---|
| Plaintiff, | The Honorable Shirley Wohl Kram |
| v. | **DECLARATION OF WYDELL MADISON** |
| JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown, | |
| Defendants. | |

170541.1

## DECLARATION OF WYDELL MADISON

I, Wydell Madison, declare as follows:

1. I am a voting member of the Board of Directors of the Crenshaw Christian Center.

2. The other voting members of the Board are Ronald Whitaker, Daryl Eaton, Greg Smith, Nate Brooks and Alfonzo Stakley.

3. Should the Court determine my testimony is relevant, I am willing to travel to New York for trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 21, 2008, at Oxnard, California.

*Wydell Madison*
Wydell Madison

170541.1