ANTHONY MICHAEL GLASSMAN, admitted *pro hac vice*
ALEXANDER RUFUS-ISAACS, admitted *pro hac vice*
RICHELLE L. KEMLER, admitted *pro hac vice*
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041

Attorneys for Plaintiff,
DR. FREDERICK K. C. PRICE

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YORK

| Dr. FREDERICK K. C. PRICE, an individual, | Case No.   07 CV 11364 (SWK) |
|---|---|
| Plaintiff, | The Honorable Shirley Wohl Kram |
| v. | **DECLARATION OF BRAINARD SIMPSON** |
| JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC INC., a Delaware corporation, OLE ANTHONY, an individual, and TRINITY FOUNDATION, INC., an entity, form unknown, | |
| Defendants. | |

170539.1

# DECLARATION OF BRAINARD SIMPSON

I, Brainard Simpson, declare as follows:

1. I am Frederick K. C. Price's tax accountant and tax advisor.

2. I am the Independent Certified Public Accountant/Auditor for Crenshaw Christian Center.

3. Should the Court determine my testimony is relevant, I am willing to travel to New York for trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 22, 2008 at Los Angeles, California

_____
Brainard Simpson

170548 1